**United States Bankruptcy Court**
**Eastern District of New York**

In re  **L.I.S. Custom Designs, Inc.** _____    Case No. _____

_____
                                    Debtor(s)           Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **February 20, 2015** _____        s/ Gene Spivak _____
                                    **Gene Spivak/Chief Executive Officer**
                                    Signer/Title

Date:  **February 20, 2015** _____        _____

                                    Signature of Attorney
                                    **Gerard R. Luckman**
                                    **SilvermanAcampora LLP**
                                    **100 Jericho Quadrangle**
                                    **Suite 300**
                                    **Jericho, NY 11753**
                                    **516.479.6300  Fax: 516.479.6301**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

4 Comm, Inc.
40-4 Burt Drive
Deer Park, NY 11729


A.S.W. Architects
79 Netz Place
Albertson, NY 11507


Alan Parker
5 Crest Road
Huntington, NY 11743


All Island Solid
Surface Fabrications
275 Adams Blvd.
Farmingdale, NY 11735


American Woodmark
P.O. Box 1980
Winchester, VA 22604


Amsco Construction
18 Hartford Lane
White Plains, NY 10603


Andrew Alteration Co.
252 Gordon Place
Freeport, NY 11520


Anthony Turiello & Sons
414 Forest Avenue
Lyndhurst, NJ 07071


Argeta Cleaning Service
171 Joralemon Street
Belleville, NJ 07109


Arwen Construction
107 Vintage Court
White Plains, NY 10603


Ashley Homes of LI
P.O. Box 507
Port Jefferson Station, NY 11776

AT&T
PO Box 105068
Atlanta, GA 30348-5068

Automatic Data Processing
PO Box 848875
Boston, MA 02284-2875

Averweb
Attn: Greg Saradarian
1939 Stratford Drive
Westbury, NY 11590

Averweb, Inc.
1939 Stratford Drive
Westbury, NY 11590

BACC Builders Inc.
295 Madison Avenue
Suite 320
New York, NY 10017

Basin Haulage Inc.
PO Box 790058
Middle Village, NY 11379

Bath Concepts Unlimited
112 South 5th Street
Bethpage, NY 11714

Best Build LLC
15 Theodore Lane
Norwalk, CT 06851

Blackman Plumbing Supply
PO Box 9400
Uniondale, NY 11555-9400

Brandom Cabinets
404 Hawkins Street
Hillsboro, TX 76645

Broadview Networks
PO Box 9242
Uniondale, NY 11555-9242

Cablevision
PO Box 9256
Chelsea, MA 02150-9256


Canon Business Solutions
4 Ohio Drive
Lake Sucess, NY 11042


Canon Financial Services
14904 Collections Center
Chicago, IL 60693


Caponga & Sons
18 Kay Street
Jericho, NY 11753


Cintas Corporation #780
P.O. Box 630803
Cincinnati, OH 45263


Claude Colin
P.O. Box 686
Nyack, NY 10960


Commissioner of Revenue
Services State of
Connecticut
PO Box 2936
Hartford, CT 06104-2936


Comply Corporation
105 Maxess Road
Suite 124
Melville, NY 11747


Corso Construction Corp.
50 Carlton Avenue
Yonkers, NY 10710


De Bo Construction LLC
1806 Monmouth Blvd.
Belmar, NJ 07719

Dellon Sales Company
5 Albertson Ave.
Albertson, NY 11507


Dept. of Revenue Services
State of Connecticut
P.O. Box 2967
Hartford, CT 06104-2967


Design NJ
83 South Street
Suite 307
Freehold, NJ 07728


Dura Supreme Cabinetry
300 Dura Drive
Howard Lake, MN 55349


Dura Supreme, Inc.
PO Box K
Howard Lake, MN 55349


Ed Hess
83 Samual Street
Ronkonkoma, NY 11779


Exxon Mobil
PO Box 688938
Des Moines, IA 50368-8938


Felix Storch, Inc.
Summit Appliance Division
770 Garrison
Bronx, NY 10474


Frank Grande
71 McDougal Drive
White Plains, NY 10603


Franklin Gringer & Cohen
666 Old Country Road
Suite 202
Garden City, NY 11530-2013

Friedel Construction
50 Grand Blvd.
Valhalla, NY 10595


General Electric Co.
GE Appliance Contract
PO Box 640025
Pittsburgh, PA 15264-0025


Greenberg Traurig, LLP
200 Park Avenue
PO Box 677
Florham Park, NJ 07932-0677


Greenfield Cabinetry, LLC
6111 Churchman Bypass
Indianapolis, IN 46203


Hafele America Co.
3901 Cheyenne Drive
High Point, NC 27263-4000


Hanssem Corporation
20 Kilmer Road
Edison, NJ 08817


Hardware Resources
28093 Network Place
Chicago, IL 60673-1280


Hilo Materials Handling
Group
345 Oser Avenue
Hauppauge, NY 11788


Him Co. Ltd.
34 Horseshoe Lane
Roslyn Heights, NY 11577


Horan Construction
211 Elm Place
Mineola, NY 11501

Hub Truck Rental Corp.
94 Gazza Blvd.
Farmingdale, NY 11735


Intelco
PO Box 9
204 Harvard Avenue
Westville, NJ 08093


Intergrated Electronic
1053 Sawmill River Road
Yonkers, NY 10710


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


J. Campo Contracting
161 Coeyman Avenue
Nutley, NJ 07110


Judi Green Designer
22 Bayberry Drive
Huntington, NY 11743


Kenneth Beck
20 Tanger Drive
Toms River, NJ 08755


Kings Top Sales Co. Inc.
41 Drexel Drive
Bay Shore, NY 11706


Kintchen Craft Cabinetry
c/o Kitchen Craft of
Canada Ltd.
Suite #6341-75 Remittance
Chicago, IL 60675-6341


Kolson, Inc.
653 Middle Neck Road
Great Neck, NY 11023

LIPA
PO Box 9039
Hicksville, NY 11802


Local 807,  AFL-CIO
32-43 49th Street
Long Island City, NY 11103


Long Island Custom Design
1860 State Street
Merrick, NY 11566


Long Island Fabrics
155 Oval Drive
Islandia, NY 11749


Manhattan Laminates
624 West 52nd Street
New York, NY 10019


Margolin Winer & Evens
400 Garden City Plaza
5th Floor
Garden City, NY 11530


Masco Builder Cabinet Grp
c/o PNC Bank
Lockbox 534579
Atlanta, GA 30353-4579


Masterbrand Cabinets, Inc
PO Box 75527
Chicago, IL 60675-5527


Matra Construction
375 Bedford Road
Pleasantville, NY 10570


Metro Construction
Services
9 Cathay Road
East Rockaway, NY 11518

Mosoud Construction
121 Meyers Avenue
Hicksville, NY 11801


MPCC Corp.
81 Rockdale Avenue
New Rochelle, NY 10801


Nassau Steel, LLC
c/o Steel Equities
700 Hicksville Road
Bethpage, NY 11714


National Grid
PO Box 11791
Newark, NJ 07101-4791


NJ Dept of Revenue
Sales and Use Tax
P.O. Box 999
Trenton, NJ 08646-0999


NJ Division of Tax
Revenue Processing Center
P.O. Box 193
Trenton, NJ 08646-0193


NYS Dept. of Tax & Financ
Bankruptcy/Special Proced
PO Box 5300
Albany, NY 12205


NYS Insurance Fund
Workers' Compensation
PO Box 5262
Binghamton, NY 13902-5262


Oceanlink USA, Inc.
1 Passaic Street
Bldg. #22
Wood Ridge, NJ 07075


Old Country Ceramic Tile
27 Urban Avenue
Westbury, NY 11590

P. Cullen & Son
Attn: Patrick Cullen
2 Bird Street
East Northport, NY 11731


PA Department of Revenue
Bureau of Corp. Taxes
Dept. 280427
Harrisburg, PA 17128


Paramont Packaging
1221 Old Walt Whitman Rd.
Melville, NY 11747


Piedmont Mgmt Co., Inc.
Attn: Asset Manager
11695 Johns Creek Parkway
Suite 350
Atlanta, GA 30097


Pitney Bowes Global
Financial Services LLC
P.O. Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Purchase
Power
PO Box 371874
Pittsburgh, PA 15250-7874


Poland Spring
PO Box 856192
Louisville, KY 40285-6192


Price, Meese, Shulman
and D'Arminio, P.C.
Attn: Michael Breen, Esq.
50 Tice Blvd.
Woodcliff Lake, NJ 07677


R.B. Hunt Inc.
120 W. Pulaski Road
Huntington Station, NY 11746

Richelieu America Ltd.
7021 Sterling Ponds Blvd.
Sterling Heights, MI 48312-5809


Robert Bang Contracting
43-54 157th Street
Flushing, NY 11355


Roberts Remodeling
2 Patricia Court
Bethpage, NY 11714


Roza Mechanical
141 1st Street
Yonkers, NY 10704


S. Brown Contracting
68 Chelsea Drive
Mount Sinai, NY 11766


S. Digiacomo & Son
386 Park Avenue South
New York, NY 10016


Sharon Spivak
273 Hillcrest Lane
Oyster Bay, NY 11771


Smart Shred
PO Box 502
Saint James, NY 11780


Split Developement Corp.
83 Harriman Road
Irvington, NY 10533


Sprint
PO Box 4181
Carol Stream, IL 60197-4181


Staples Contract and
Commercial, Inc.
PO Box 414524
Boston, MA 02241-4524

Start to Finish
STF Home Improvements, Inc
PO Box 530
Howell, NJ 07731

State Insurance Fund
Disability Benefits
PO Box 5239
New York, NY 10008

Stoneleigh Woods
Riverhead
P.O. Box 1442
Riverhead, NY 11901

Stoneleigh Woods @ Carmel
P.O. Box 1442
Riverhead, NY 11901

Sunoco
PO Box 689156
Des Moines, IA 50368-9156

T Squared Homes Inc.
132 Larchmont Avenue
Larchmont, NY 10538

Terra Homes Construction
828 Newbridge Road
Bellmore, NY 11710

Three Village Associates
57 Manhasset Avenue
Manhasset, NY 11030

Top Knobs USA, Inc.
PO Box 779
Belle Mead, NJ 08502

Township of Lyndhurst
Water Department
Lyndhurst Town Hall
Lyndhurst, NJ 07071

Trade Supply Group
624 West 52nd Street
New York, NY 10019


Uline
2200 South Lakeside Drive
Waukegan, IL 60085


Unlimited Designs, Inc.
132 Waverly Avenue
Mamaroneck, NY 10543


UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001


US Coffee
51 Alpha Plaza
Hicksville, NY 11801


Valkyrie Logistics & EST
649 Morgan Avenue
Ste 1R2
Brooklyn, NY 11222


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Verizon
PO Box 15124
Albany, NY 12212-5124


Vierling Construction Inc
56 Omaha Street
Dumont, NJ 07628


Virginia Marble
Manufacturers, Inc.
1201 Fifth Avenue
PO Box 766
Kenbridge, VA 23944

Whirlpool Corporation
PO Box 88129
Chicago, IL 60695-1129

Wilson Art International
999 South Oyster Bay Rd.
Suite 305
Bethpage, NY 11714